No. 98–8566. FREDERICK *v.* GUDMANSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–8605. SANTOS ARROYO *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8631. CAMPBELL *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 98–8647. HOWARD *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 98–8677. MOORE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8683. JOHNSON *v.* ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8694. BELLANGER *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 98–8700. SHAY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–8717. SUMRALL *v.* MARYLAND DIVISION OF CORRECTION ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8728. PAGE *v.* UNITED STATES; and
No. 98–8760. BURRESS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 167 F. 3d 541.

No. 98–8734. MEANS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8746. HARDY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8751. GOODRIDGE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–8753. HACH ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.